# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHRISTIAN J. SCHROEDER, | ) | |
| Plaintiff(s), | ) | 2:08-cv-0035-RLH-GWF |
| vs. | ) | **O R D E R** |
| STEPHEN FRASIER, *et al.*, | ) | |
| Defendant(s). | ) | |

  Before this Court is the Order & Findings and Recommendation of United States Magistrate Judge (#2, filed January 16, 2008), entered by the Honorable George W. Foley, prompted by Plaintiff's Application to Proceed *In Forma Pauperis* (#1, filed January 9, 2008). No objection was filed to Magistrate Judge Foley's Order & Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-1 and 3-2, and 28 U.S.C. §636(b)(1)(A), (B), and (C) of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

  The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-1 and 3-2 and determines that the Order is not clearly erroneous or contrary to law and should be affirmed. It further finds that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

/ / / /

/ / / /

1

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Order & Findings and
2 Recommendation (#2) is AFFIRMED and ADOPTED, and Complaint is dismissed with prejudice.
3    Dated:   February 8, 2008.

_____
**ROGER L. HUNT**
**U.S. District Judge**